Attachment, Form JS 44

Additional attorney:
Travis R. Walker (pro hac vice forthcoming)
Florida bar number 36693
The Law Offices of Travis R. Walker, P.A.
1100 SE Federal Hwy
Stuart, FL  34994
(772) 708-0952