AO 440 (Rev. 06/12) Summons in a Civil Action

AMENDED SUMMONS

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Meleah Thompson<br>*Plaintiff(s)*<br>v.<br>Matthew Zoller, Jason Farr, Watchtower Bible and Tract Society of New York, Inc., and Junction City East Kingdom Hall of Jehovah's Witnesses<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-01495-AA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
c/o Richard L. King, Registered Agent
4110 NE 122nd Ave, Suite 150
Portland, Oregon 97230.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Shapiro, Law Office of Joel Shapiro, LLC
1420 NW Lovejoy Street, Suite 631, Portland, OR 97209, 971-999-1889.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




**MELISSA AUBIN, Clerk of Court**

**Date: 09/30/2026**

**By: s/S.Sellers, Deputy Clerk**